2:25-cv-00899-APG-BNW

# JS 44 Civil Cover Sheet
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Plaintiff:
Jose DeCastro
1258 Franklin Ave.
Santa Monica, CA 90404
Phone: (310) 555-1234
Email: deletelawz@gmail.com



Defendants:
Clark County, Nevada;
Judge Ann E. Zimmerman (individual capacity);
Judge Michelle Leavitt (individual capacity);
Agnes Botelho, Deputy District Attorney (individual capacity);
Branden Bourque, Officer (individual capacity);
John Doe Bailiff (individual capacity);
John Does 1–10 (individual capacities)

Basis of Jurisdiction:
☒ Federal Question (U.S. Government not a party)

Citizenship of Parties:
Plaintiff - California
Defendants - Nevada

Nature of Suit:
☒ 440 Civil Rights: Other

Cause of Action:
42 U.S.C. § 1983 - Violations of the First, Fourth, Fifth, Sixth, and Fourteenth Amendments

Requested Relief:
Compensatory and punitive damages exceeding $20 million;
Declaratory and injunctive relief;
Attorney's fees under 42 U.S.C. § 1988


Signature of Attorney of Record:
/s/ Jose DeCastro
Plaintiff, Pro Se