# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: May 21, 2025 3:36PM

Jose DeCastro

Rcpt. No: 200014500           Trans. Date: May 21, 2025 3:36PM           Cashier ID: #CH (4391)

| CD  | Purpose                      | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|------------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner |                      | 1   | 405.00 | 405.00 |

| CD | Tender      | Amt     |
|----|-------------|---------|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment: $405.00

Total Tendered: $405.00

Total Cash Received: $0.00

**Comments**: 2:25-cv-00899-APG-BNW DeCastro v. Clark County Nevada et al

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.



FILED _____   ENTERED _____   RECEIVED _____   SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 2 1 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY