**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD S RM 1334
LAS VEGAS NV  89101
(702) 464-5400

**Case Number:**  2:25-cv-00899-APG-BNW

**Case Title:**  DeCastro v. Clark County Nevada et al

Dear Litigant:

You are notified that the above case number has been assigned to your action.  You must include the complete case number on all documents sent to the Court for filing in this case.  Failure to do so results in delayed processing of your documents.

All matters in this action shall be sent to the following address until further notice:

U.S. District Court Office of the Clerk
333 Las Vegas Boulevard South, Room 1334
Las Vegas, NV  89101

If you are attempting to proceed *in forma* pauperis, the Court will review your complaint before docketing and serving the complaint on the defendants.  The Court will "screen" your complaint to identify any "colorable" claims.  The Court will also dismiss any claims that are "frivolous, malicious, or fail to state a claim upon which relief may be granted" or if the complaint "seeks monetary relief from a defendant who is immune from such relief."  *See* 28 U.S.C. 1915(e)(2)(B); *Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000) (en banc) (holding that this provision applies to all actions filed *in forma pauperis*, whether or not the plaintiff is incarcerated). This process may take many months.

For timely processing of your pleadings or correspondence, please comply with our Local Rules of Practice for the U.S. District Court District of Nevada, in particular:

- **_In Forma Pauperis_ Application**:  If you intend to proceed *in forma pauperis*, you must complete an application to proceed *in forma pauperis* on this Court's approved form.  Please refer to the instructions that are attached to the form for more information.

- **Change of Address**: You should immediately file with the Court written notification of any change of address you have.  The written notification must include proof of service upon each opposing party or the party's attorney.  If you fail to follow this rule, the Court may dismiss your case with prejudice.  (Local Rule IA 3-1)

- **Formatting**: The documents you submit to the Court must be legible, on letter-sized paper (8 ½" x 11" paper), with writing on one (1) side of the page only with margins of at least one (1) inch on all four sides of the paper.  Pages should be stapled, when possible, once in the top left corner of the first page.  Pages within a document should not be stapled separately.  No other adhesive is permitted.  Please see the attached Exhibit A for a sample. (Local Rule IA 10-1)

- **Caption**: Every document you submit to the Court must include your name, address, and telephone number in the upper left hand corner of the first page. The caption on the first page must include the title of this Court, the title of the action, the case number assigned to this action (including all initials and letters that follow the number), and the title of your document. If you are pursuing more than one action in this Court, you must submit a separate original document with the appropriate case number for each action in which you want the document filed. Please see attached Exhibit A for a sample. (Local Rule IA 10-2)

- **Electronic Filing:** Pursuant to Local Rule IC 2-1(b), a pro se litigant may request by motion the Court's authorization to register as an electronic filer in a specific case. Please refer to the Local Rules of Practice, Section IC for more information on this topic.

- **Amended Complaints**: If you file a motion to amend your complaint, you must attach the proposed amended complaint to the motion. The proposed amended complaint must be complete in itself and include all claims, defendants, and factual allegations that you wish to pursue in the proposed amended complaint. (Local Rule 15-1)

**Other Provisions**:

- **Request for Case Status**: The Court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the Court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRIES REGARDING THE STATUS OF YOUR CASE. As long as you keep the Court apprised of your current address, you will receive all Court decisions which might affect the status of your case.

- **Letters to the Clerk's Office**: The Clerk of the Court is unable to respond to letters requesting status. Requests must be in the form of a motion and not just a letter.

- **Repetitive Motions**: Filing multiple motions requesting the same relief is a litigation tactic that strains the resources of the Court and generally delays a decision in the case. The Court may impose sanctions on parties who engage in such litigation tactics.

- **Evidence**: The parties may not file evidence with the Court until the course of litigation brings the evidence into question.

- **Screening Orders**: If you have: (1) submitted a complaint and (2) filed a fully complete *in forma pauperis* application, the Court will screen your complaint and issue a separate screening order in the future. The Court may issue a screening order several months after you submit your complaint.

- **Service**: If you are granted *in forma pauperis* status, the Court will order service upon defendants when it is time to do so. If you are not proceeding *in forma pauperis* or are denied *in forma pauperis* status, you are responsible for service of process upon defendants and all costs related to such service.

- **Docket Sheet**: The Court will keep track of your filings on a docket sheet. A docket sheet is a formal record on which judges or court clerks briefly note all proceedings and filings

in a court case.  If you wish to receive a copy of the docket sheet in your case from the Court, the cost is $0.50 per page.

This is an advisory letter only.  Please do not rely solely on this letter.  All litigants are required to follow the Local Rules of Practice for the District of Nevada.  A copy of the Local Rules can be found on the court's website at www.nvd.uscourts.gov.

**If you would prefer to read this letter in Spanish, please request a Spanish version of this letter from the Clerk of Court.  Parties are reminded that all papers submitted to the court must be written in English.**

**Si usted prefiere leer esta carta en español, por favor, solicite una versión en español de esta carta a la oficina del secretario del juzgado (Clerk of Court).  Se le recuerda a las partes que todos los documentos que presenten en el juzgado deben estar ecritos en inglés.**

DEBRA K. KEMPI, CLERK


By: _____/s/_____
         Deputy Clerk

Name
Address
Telephone
Email Address

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Your name,                                    Case # __:___-CV-_____-____(    )

        Plaintiff,

v.                                            TITLE OF DOCUMENT

Name(s) of Defendants,

        Defendants.
_____/

# EXHIBIT A

Page **4** of **4**
(Non-inmate pro se)
Revised: 03-13-18