To: U.S. District Court Clerk Lloyd D. George U.S. Courthouse 333 Las Vegas Boulevard South, Room #1334 Las Vegas, NV 89101

Re: Request for Consent for Electronic Service of Documents Form Case Nos. 2:25-cv-00899-APG-BNW and 2:24-cv-00435-DJA

Dear Clerk of Court:

I am writing to request the "Consent for Electronic Service of Documents" form referenced in the instructions I received from the court dated June 2, 2025.

I am the pro se plaintiff in the above-referenced cases and received Notice of Electronic Filing instructions on page 5 of the court's communication. The instructions indicate that I should mail a completed consent form to your office to register for electronic service of documents. However, the actual consent form was not included with the instructions I received.

**Case Information:**

- Case 1: DeCastro v. Clark County Nevada et al, Case No. 2:25-cv-00899-APG-BNW
- Case 2: DeCastro v. McKnight et al, Case No. 2:24-cv-00435-DJA
- Plaintiff: Jose DeCastro (appearing pro se)

**My Contact Information:** Jose DeCastro 1258 Franklin St. Santa Monica, CA 90404 Phone: (310) 963-2445 Email: iamalaskan@gmail.com

I would be grateful if you could provide me with the consent form so that I may complete it and return it to your office to establish electronic service for both of my pending cases. If possible, please email the form to iamalaskan@gmail.com, or I can provide a self-addressed stamped envelope if you prefer to mail it.

I understand that once I submit the completed consent form, I will also need to register for a PACER account at https://pacer.psc.uscourts.gov/pscof/registration.jsf.

Thank you for your time and assistance. I look forward to hearing from you soon.

Respectfully submitted,

/s/ Jose DeCastro Jose DeCastro Pro Se Plaintiff

