UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSE DECASTRO,

    Plaintiff,

v.

CLARK COUNTY, et al.,

    Defendants. McKnight, et al

Case No. 2:25-cv-00899-APG-BNW

CERTIFICATE OF INTERESTED PARTIES

Pursuant to LR 7.1-1, the undersigned, Jose DeCastro, pro se Plaintiff in the above-entitled action, certifies that as of this date, there are no known interested parties other than those participating in the case who have a direct financial interest in the outcome of the litigation.

This certificate is filed in compliance with the Court's Notice dated June 2, 2025.

Dated: June 10, 2025

Respectfully submitted,

/s/ Jose DeCastro
Jose DeCastro
Pro Se Plaintiff
1258 Franklin St.
Santa Monica, CA 90404
(310) 963-2445
iamalaskan@gmail.com



## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2025, I served a true and correct copy of the foregoing Certificate of Interested Parties by United States Mail, First Class, postage prepaid, and via the Court's CM/ECF system where applicable, addressed to all parties of record.

/s/ Jose DeCastro
Jose DeCastro