# Pro Se ECF Registration Form

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**



**Jose DeCastro,**
Plaintiff,
v.
**Clark County, et al.,**
Defendants.
Case No. 2:25-cv-00899

---

To the Clerk of Court:

I, Jose DeCastro, Plaintiff in the above-captioned matter, respectfully request permission to register for electronic case filing (ECF) access as a pro se litigant pursuant to the District of Nevada's local rules and General Order 2023-04. I understand that ECF access will allow me to file documents electronically and receive notices of electronic filing in this case.

**Personal Information:**
Name: Jose DeCastro
Address: 1258 Franklin Street, Santa Monica, CA 90404
Phone: (310) 963-2445
Email: chille@situationcreator.com

I hereby consent to receive all court notices, orders, and service of documents electronically at the above email address. Please note that I am transitioning my contact email from deletelawz@gmail.com to chille@situationcreator.com for all future correspondence and filings.

I understand that I am responsible for maintaining the accuracy of my contact information and for regularly monitoring my email for court communications.

Thank you for your consideration of this request.

**Respectfully submitted,**

/s/ Jose DeCastro
Jose DeCastro
Dated: August 20, 2025