UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA



JOSE DECASTRO,
Plaintiff,

v.

CLARK COUNTY, NEVADA;
JUDGE ANN E. ZIMMERMAN, in her individual capacity;
JUDGE MICHELLE LEAVITT, in her individual capacity;
AGNES BOTELHO, Deputy District Attorney, in her individual capacity;
BRANDEN BOURQUE, Officer, LVMPD, in his individual capacity;
JOHN DOE BAILIFF; JOHN DOES 1–10,
Defendants.

Case No. 2:25-cv-00899-APG-BNW

[PROPOSED] ORDER GRANTING EMERGENCY MOTION FOR ALTERNATIVE
SERVICE OF PROCESS

Before the Court is Plaintiff's Emergency Motion for Alternative Service of Process on
Defendants Judge Ann E. Zimmerman, Judge Michelle Leavitt, and Deputy District Attorney
Agnes Botelho. Having reviewed the motion and exhibits, and good cause appearing,

IT IS HEREBY ORDERED:

1. Plaintiff's Emergency Motion for Alternative Service of Process is GRANTED.

2. Plaintiff is authorized to serve Defendants JUDGE ANN E. ZIMMERMAN, JUDGE
   MICHELLE LEAVITT, and AGNES BOTELHO by certified mail, return receipt
   requested, addressed as follows:

   Judge Ann E. Zimmerman
   Eighth Judicial District Court
   Regional Justice Center
   200 Lewis Ave.
   Las Vegas, NV 89101

   Judge Michelle Leavitt
   Eighth Judicial District Court
   Regional Justice Center
   200 Lewis Ave.
   Las Vegas, NV 89101

Agnes Botelho
Deputy District Attorney
Clark County District Attorney's Office
200 Lewis Ave.
Las Vegas, NV 89101

3. Service by certified mail pursuant to this Order shall be deemed complete upon mailing.

4. Plaintiff shall file proof of service with the Court within ten (10) days of mailing.

5. If any defendant refuses delivery, or if certified mail is returned as unclaimed, Plaintiff may file a supplemental motion requesting authorization for:

   • service by publication in a newspaper of general circulation in Clark County, and/or
   • posting at the Regional Justice Center.

6. This Order is issued pursuant to Federal Rule of Civil Procedure 4(e)(1), Nevada Rule of Civil Procedure 4.4(c), and the Court's inherent authority to ensure access to justice, and it is consistent with the due process principles articulated in *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306 (1950).

7. Defendants served pursuant to this Order shall have twenty-one (21) days from the date of mailing to file responsive pleadings, consistent with Federal Rule of Civil Procedure 12(a)(1)(A)(i).

DATED: _____

ANDREW P. GORDON
Chief United States District Judge