Civil Action No.   2:25-cv-00899-APG-BNW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
ENTERED
DEC 1 0 2025
CLERK
BY: _____ DEPUTY

This summons for **Clark County** was recieved by me on **11/21/2025**:

- [ ] I personally served the summons on the individual at *(place)* on *(date)* ; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)*, a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [x] I served the summons on **Jewel G**, who is designated by law to accept service of process on behalf of **Clark County** at **500 S Grand Central Pkwy, Las Vegas, NV 89155** on **11/25/2025 at 3:04 PM**; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and $ 95.00 for services, for a total of $ 95.00.

I declare under penalty of perjury that this information is true.

Date: 11/26/2025

_____
Server's signature

**Saron Tadesse**
Printed name and title

**32 E Serene Ave**
**303**
**Las Vegas, NV 89123**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, FIRST AMENDED COMPLAINT; SUMMONS, to Jewel G who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 35-45 years of age, 5'-5'4" tall and weighing 140-160 lbs.**




Tracking #: 0196827620