**evidencechain** — powered by abclegal — Beta Release

**» abclegal**

2:25-cv-00899-APG-BNW

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        DEC 1 0 2025

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:                      DEPUTY
```

---

**1/21/25** 52 PM GMT

**Service Attempted: Clark County** on 11/21/2025 10:52 AM PST
Address: 500 S Grand Central Pkwy, Las Vegas, NV 89155-4502

**1/21/25** 21 PM GMT

**Service Attempted: agnes botelho** on 11/21/2025 10:21 AM PST
Address: 200 Lewis Ave, Las Vegas, NV 89101-6300

**1/21/25** 21 PM GMT

**Service Attempted: Judge michelle leavitt** on 11/21/2025 10:21 AM PST
Address: 200 Lewis Ave, Las Vegas, NV 89101-6300

**1/21/25** :54 PM GMT

**Service Attempted: Officer Brandon Bourque** on 11/21/2025 9:54 AM PST
Address: 400 S Martin L King Blvd, Las Vegas, NV 89106-4372

**1/21/25** :48 AM GMT

**Documents Received:** Process server received documents for **Clark County**.

**1/20/25** 26 PM GMT

**Documents Received:** Process server received documents for **Officer Brandon Bourque**.

**1/20/25** 41 PM GMT

**Documents Received:** Process server received documents for **Judge michelle leavitt**.

**1/20/25** 41 PM GMT

**Documents Received:** Process server received documents for **agnes botelho**.

**1/19/25** :33 PM GMT

**Filing Confirmed:** Case # **2:25-cv-00899-APG-BNW**
Filed: US District Court, Nevada, Las Vegas.

**1/19/25** :33 PM GMT

**Order Reviewed:** Entered and queued for the next step.

**1/19/25** 26 PM GMT

**Order Received:** Standard Delivery for Service of Process requested upon 4 parties by Jose DeCastro

| Date | Event |
|---|---|
| 1/27/25 27 AM GMT- | **Action Needed:** Choose next service address for Judge michelle leavitt |
| 1/27/25 27 AM GMT- | **Non-Service Confirmed:** **Judge michelle leavitt** <br> Address: 200 Lewis Ave, Las Vegas, NV 89101-6300 |
| 1/26/25 39 PM GMT- | **Signed Proof of Service:** **Clark County** |
| 1/26/25 15 PM GMT- | **Service Attempted:** **Judge michelle leavitt** on 11/26/2025 12:15 PM PST <br> Address: 200 Lewis Ave, Las Vegas, NV 89101-6300 |
| 1/25/25 04 PM GMT- | **Service Completed:** **Clark County** on 11/25/2025 3:04 PM PST by Personal Service <br> Address: 500 S Grand Central Pkwy, Las Vegas, NV 89155-4502 |
| 1/24/25 05 PM GMT- | **Non-Service Confirmed:** **agnes botelho** <br> Address: 200 Lewis Ave, Las Vegas, NV 89101-6300 |
| 1/24/25 04 PM GMT- | **Service Attempted:** **agnes botelho** on 11/24/2025 4:04 PM PST <br> Address: 200 Lewis Ave, Las Vegas, NV 89101-6300 |
| 1/24/25 02 PM GMT- | **Service Attempted:** **Judge michelle leavitt** on 11/24/2025 4:02 PM PST <br> Address: 200 Lewis Ave, Las Vegas, NV 89101-6300 |
| 1/24/25 47 PM GMT- | **Service Attempted:** **Clark County** on 11/24/2025 11:47 AM PST <br> Address: 500 S Grand Central Pkwy, Las Vegas, NV 89155-4502 |
| 1/21/25 47 PM GMT- | **Signed Proof of Non-Service:** **Officer Brandon Bourque** <br> Address: 400 South Martin Luther King Boulevard Building C, Las Vegas, NV 89106 |
| 1/21/25 29 PM GMT- | **Action Needed:** Choose next service address for Officer Brandon Bourque |



| Date | Event |
|---|---|
| 2/6/25 :25 PM GMT | Documents Dispatched: Service documents dispatched to process server for Officer Brandon Bourque |
| 2/5/25 37 PM GMT | Jose D. chose next service address for Officer Brandon Bourque |
| 1/28/25 51 AM GMT | Signed Proof of Non-Service: **Judge michelle leavitt** Address: 200 Lewis Ave, Las Vegas, NV 89101 |
| 1/27/25 27 AM GMT | Action Needed: Choose next service address for Judge michelle leavitt |

 encechain™    Exhibit A    Service Detail Report

STRO v. Judge michelle leavitt; Officer Brandon Bourque; agnes botelho; Clark

Case Number 2:25-cv-00899-APG-BNW | US District Court, Nevada, Las Vegas

**SERVED**

### Clark County
500 S Grand Central Pkwy Las Vegas, NV 89155-4502



**Process Server**
Saron Tadesse
License: R-2024-12384

### Summary

Clark County was served by Personal Service on 11/25/2025 at 3:04 PM PST by process server Saron Tadesse.

2 prior service attempts were made over a period of 4 days at 500 S Grand Central Pkwy Las Vegas, NV 89155-4502 before service was completed.

The subject's address was provided by the customer.

### Validation Checks

**GPS**  Service was recorded 37.58ft from the service address, which is within the bounds of expectation.

### Personal Service

**Date:** 11/25/2025  **Time:** 3:04 PM PST
**Address:** 500 S Grand Central Pkwy, Las Vegas, NV 89155-4502
**GPS Coordinates:** 36.165634 -115.153366  **Process Server:** Saron Tadesse
**License:** R-2024-12384

I delivered the documents to Jewel G who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 35-45 years of age, 5'-5'4" tall and weighing 140-160 lbs.

**Attachments**


Address    GPS

### Event History

**4**  Served by Personal Service

**Date:** 11/25/2025  **Time:** 3:04 PM PST
**Address:** 500 S Grand Central Pkwy, Las Vegas, NV 89155-4502
**GPS Coordinates:** 36.165634 -115.153366  **Process Server:** Saron Tadesse
**License:** R-2024-12384

By delivery to Jewel G, I delivered the documents to Jewel G who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 35-45 years of age, 5'-5'4" tall and weighing 140-160 lbs.

**Attachments**


Address    GPS



**evidencechain**™

Service Detail Report

JOSE DECASTRO v. Judge michelle leavitt; Officer Brandon Bourque; agnes botelho; Clark County

Case Number 2:25-cv-00899-APG-BNW | US District Court, Nevada, Las Vegas

---

**3  Service Attempt**

**Date:** 11/24/2025  **Time:** 11:47 AM PST
**Address:** 500 S Grand Central Pkwy, Las Vegas, NV 89155-4502
**GPS Coordinates:** 36.164684 -115.153488  **Process Server:** Saron Tadesse
**License:** R-2024-12384

I was unable to access the address.

**Attachments**



📍 Address   📍 GPS

---

**2  Service Attempt**

**Date:** 11/21/2025  **Time:** 10:52 AM PST
**Address:** 500 S Grand Central Pkwy, Las Vegas, NV 89155-4502
**GPS Coordinates:** 36.164993 -115.15361  **Process Server:** Saron Tadesse
**License:** R-2024-12384

There was no answer at the address.

**Attachments**

 

📍 Address   📍 GPS

---

**1  Process Server Assigned**

**Date:** 11/21/2025  **Time:** 7:48 AM PST
**Process Server:** Saron Tadesse  **License:** R-2024-12384

Documents Received: Process server received documents for Clark County.



**evidencechain**™

Service Detail Report

JOSE DECASTRO v. Judge michelle leavitt; Officer Brandon Bourque; agnes botelho; Clark County
Case Number 2:25-cv-00899-APG-BNW | US District Court, Nevada, Las Vegas

## Photos Appendix

### Served by Personal Service on 11/25/2025 3:04 PM PST (No photos available)
500 S Grand Central Pkwy, Las Vegas, NV 89155-4502

### 2nd Attempt on 11/24/2025 11:47 AM PST (No photos available)
500 S Grand Central Pkwy, Las Vegas, NV 89155-4502

### 1st Attempt on 11/21/2025 10:52 AM PST (2 Photos)
500 S Grand Central Pkwy, Las Vegas, NV 89155-4502


