December 7, 2024



Clerk of Court

United States District Court, District of Nevada

Lloyd D. George U.S. Courthouse

333 Las Vegas Boulevard South

Las Vegas, NV 89101

Re: DeCastro v. Clark County, et al.
   Case No. 2:25-cv-00899-APG-BNW
   Emergency Motion for Alternative Service

Dear Clerk:   Enclosed for filing please find:

1. Emergency Motion for Alternative Service of Process on Defendants
   Zimmerman, Leavitt, and Botelho
2. [Proposed] Order Granting Emergency Motion for Alternative Service
3. Exhibit A - Proof of Service on Clark County
4. Exhibit B - ABC Legal Tracking Timeline (3 pages)

Plaintiff does not currently have CM/ECF access and has requested it.
Please file these documents accordingly.

Respectfully,

Jose DeCastro

Pro Se Plaintiff

5350 Wilshire Blvd., PO Box 36143

Los Angeles, CA 90036

chille@situationcreator.com