JOSE DECASTRO
5350 Wilshire Blvd., P.O. Box 36143
Los Angeles, CA 90036
(310) 963-2445
chille@situationcreator.com
Plaintiff, Pro Se

FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 2 3 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOSE DECASTRO,
Plaintiff,

vs.

CLARK COUNTY, NEVADA; JUDGE ANN E. ZIMMERMAN, in her individual capacity;
JUDGE MICHELLE LEAVITT, in her individual capacity; AGNES BOTELHO, in her
individual capacity; BRANDEN BORQUE, in his individual capacity,
Defendants.

Case No. 2:25-cv-00899-APG-BNW

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Plaintiff Jose DeCastro hereby notifies the Court of a change of
address.

Plaintiff's updated mailing address is as follows:

5350 Wilshire Blvd., P.O. Box 36143
Los Angeles, CA 90036

Plaintiff requests that all future correspondence, filings, and notices be sent to the above address.

DATED: March 20, 2026

/s/ Jose DeCastro
Jose DeCastro
Plaintiff, Pro Se

1