FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
OCT 07 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

Jose DeCastro
5350 Wilshire Blvd., P.O. Box 36143
Los Angeles, CA 90036
(310) 963-2445
chille@situationcreator.com
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSE DECASTRO,

Plaintiff,

v.

CLARK COUNTY, NEVADA, et al.,

Defendants.

Case No. 2:25-cv-00899-APG-BNW

PLAINTIFF'S MOTION TO EXTEND TIME TO COMPLETE SERVICE ON DEFENDANTS ANN ZIMMERMAN AND MICHELLE LEAVITT
(Fed. R. Civ. P. 4(m) and 6(b)(1)(A))
Date of document: October 6, 2026

Plaintiff Jose DeCastro, appearing pro se, moves under Federal Rules of Civil Procedure 4(m) and 6(b)(1)(A) for a short extension of the deadline to complete service on Defendants Ann Zimmerman and Michelle Leavitt from October 7, 2026 to October 16, 2026.

The extension is needed for one narrow reason. The service by publication authorized by this Court has already been paid for, and the Las Vegas Review-Journal scheduled publication for September 11, September 18, September 25, and October 2, 2026. Under the Court's Order at ECF No. 34, service by publication is deemed complete four weeks after the first publication, on October 9, 2026, two days after the current deadline. The Review-Journal has advised Plaintiff that its affidavit of publication will be issued several business days later. Plaintiff therefore requests a brief extension through October 16, 2026, allowing the Court-authorized service process

to reach completion and providing reasonable time for the Review-Journal to complete and transmit its affidavit of publication.

I. Background

On June 8, 2026, the Court authorized service on Defendants Zimmerman and Leavitt by publication and by alternative means, including electronic mail to Defendant Leavitt and certified mail to both Defendants' last known addresses. ECF No. 34.

Publication was first scheduled to run in July 2026, but the required publication payment was not completed and the notice did not run. Plaintiff subsequently paid the Review-Journal directly on September 9, 2026. Decl. of Jose DeCastro ("DeCastro Decl.") ¶¶ 2 to 3. Those circumstances are also described in Plaintiff's Objection to the Report and Recommendation. ECF No. 36. On September 16, 2026, the Court withdrew the Report and Recommendation and extended the deadline to October 7, 2026. ECF No. 37.

On September 9, 2026, Plaintiff paid the Review-Journal directly, and the Review-Journal confirmed in writing that the notice was set to run on September 11, September 18, September 25, and October 2, 2026, under order number 360958. DeCastro Decl. ¶¶ 3 to 4; Ex. A. Under ECF No. 34, service by publication is deemed complete four weeks from the first publication, which is October 9, 2026. DeCastro Decl. ¶ 5.

On September 9, 2026, the summons and operative complaint were also sent by electronic mail to Defendant Leavitt at mlfjudge@apl.com, the address identified by Plaintiff's licensed investigator, and by certified mail to the last known addresses of both Defendants. DeCastro Decl. ¶ 6.

On October 5, 2026, the Review-Journal's legal advertising department advised that its affidavit of publication would be sent by mail and email in about three to seven business days, a period extending beyond the current October 7 deadline. DeCastro Decl. ¶ 7; Ex. A.

II. Argument

A. Good cause requires an extension under Rule 4(m).

If a plaintiff shows good cause for failing to complete service within the time allowed, "the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). Plaintiff has already performed every act necessary to complete service by publication. The only reason publication service cannot become complete before the October 7 deadline is that the four-week completion period established by the Court's own Order does not expire until October 9, 2026. Plaintiff also pursued each method of service authorized by the Court, including publication, electronic mail to Defendant Leavitt, and certified mail to both Defendants.

Even apart from good cause, the Court has discretion to extend the time for service, and may consider "statute of limitations bar, prejudice to the defendant, actual notice of a lawsuit, and eventual service." *Efaw v. Williams*, 473 F.3d 1038, 1041 (9th Cir. 2007) (quotation omitted). Eventual service is fixed by the calendar: the publication period ends and service is deemed complete on October 9, 2026. There is no cognizable prejudice to either Defendant from a nine-day extension where the four publication dates have passed, the Review-Journal is preparing its affidavit of publication, and the Court-prescribed publication period will expire on October 9, 2026. Dismissal would also expose Plaintiff to a substantial statute of limitations problem because the events underlying these claims occurred more than two years ago. Thus, even a dismissal nominally without prejudice could effectively prevent adjudication of the claims on their merits.

B. An extension is also warranted under Rule 6(b)(1)(A).

This motion is made before the current deadline expires, so the Court may extend the deadline for good cause. Fed. R. Civ. P. 6(b)(1)(A). Requests made before the applicable deadline "should normally be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (quotation omitted). The requested extension is only nine days and is tied directly to the completion date created by the Court's service order and the publisher's stated timetable for issuing its affidavit. There is no bad faith here and, as shown above, no prejudice.

C. The timing of proof does not affect the validity of service under Rule 4(l)(3).

Although Rule 4(l)(3) provides that failure to prove service does not affect the validity of service, Plaintiff seeks sufficient time for the Review-Journal to complete and transmit its affidavit of publication and for Plaintiff promptly to place the proof of service before the Court. Plaintiff will file the affidavit of publication, together with a declaration documenting the electronic and certified mail service, within three court days after receiving the affidavit.

III. Conclusion

Plaintiff respectfully requests that the Court extend the deadline to complete service on Defendants Ann Zimmerman and Michelle Leavitt through October 16, 2026. Plaintiff further requests permission to file the affidavit of publication and other proof of service promptly after receipt of the Review-Journal's affidavit, and in any event within three court days after receipt.

Dated: October 6, 2026

/s/ Jose DeCastro
Jose DeCastro, Plaintiff, Pro Se

JOSE DECASTRO,

Plaintiff,

v.

CLARK COUNTY, NEVADA, et al.,

Defendants.

Case No. 2:25-cv-00899-APG-BNW

DECLARATION OF JOSE DECASTRO IN SUPPORT OF MOTION TO EXTEND TIME TO COMPLETE SERVICE ON DEFENDANTS ZIMMERMAN AND LEAVITT

I, Jose DeCastro, declare as follows:

1. I am the Plaintiff in this action and appear pro se. I have personal knowledge of the facts stated in this declaration and could testify to them if called.

2. Publication had previously been scheduled for July 2026, but the required payment was not completed and the publication did not run. I thereafter arranged to pay the Las Vegas Review-Journal directly.

3. On September 9, 2026, I paid the Las Vegas Review-Journal directly for publication of the summons in this action as authorized by the Court's Order at ECF No. 34.

4. The Review-Journal confirmed by email on September 9, 2026 that the notice was set to run on September 11, September 18, September 25, and October 2, 2026, under order number 360958. A true and correct copy of the Review-Journal's emails and the payment receipt is attached as Exhibit A.

5. Under ECF No. 34, service by publication is deemed complete four weeks from the first publication, which is October 9, 2026.

6. On September 9, 2026, the summons and operative complaint were sent by electronic mail to Defendant Leavitt at mlfjudge@apl.com, and by certified mail to the last known address

of Defendant Zimmerman at 11865 Albissola Avenue, Las Vegas, Nevada 89138, and of Defendant Leavitt at 11280 Granite Ridge Drive, Unit 1042, Las Vegas, Nevada 89135.

7. On October 5, 2026, the Review-Journal's legal advertising department informed me by email that its affidavit of publication would be sent to me by mail and email in about three to seven business days. That email is included in Exhibit A. I will file the affidavit with the Court within three court days after I receive it.

8. I was released from custody on July 11, 2024, after my conviction was overturned on appeal.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 6, 2026, at Los Angeles, California.

/s/ Jose DeCastro
Jose DeCastro, Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I certify that on October 6, 2026, I served a true and correct copy of the foregoing Plaintiff's Motion to Extend Time to Complete Service on Defendants Ann Zimmerman and Michelle Leavitt, together with the supporting Declaration of Jose DeCastro, on counsel of record by depositing it in the United States mail, first class postage prepaid, addressed as follows:

Olivia C. Denue
Scott Davis
Clark County District Attorney, Civil Division
500 South Grand Central Pkwy.
Las Vegas, NV 89155-2215
Attorneys for Defendants Clark County and Agnes Botelho

Defendants Zimmerman and Leavitt have not appeared and no counsel has appeared on their behalf.

Dated: October 6, 2026

/s/ Jose DeCastro
Jose DeCastro, Plaintiff, Pro Se

EXHIBIT A

Las Vegas Review-Journal emails confirming publication dates (September 9, 2026) and affidavit of publication timing (October 5, 2026), with payment receipt

# EXHIBIT A

Gmail

Chille DeCastro <chille@situationcreator.com>

**Re: Legal Service by Publication**
1 message

**LVRJ Legals** <legals@reviewjournal.com> Mon, Oct 5, 2026 at 4:21 PM
To: Chille DeCastro <chille@situationcreator.com>
Cc: Michael Mee <attorneymichaelmee@gmail.com>

Hello,

We will have an affidavit sent out to you via mail and email in about 3-7 business days.

Thank you,

Tyra Abrams
**Legal Advertising Sales**
**Las Vegas Review-Journal & more**
1111 W. Bonanza Rd., Las Vegas, NV 89106
**Direct:** 702-383-0320
**email:** legals@reviewjournal.com

LAS VEGAS REVIEW-JOURNAL

*****We are asking all Legal clients to review their address and all account information on the proof and make sure that it is correct (as of 9/29/2026), and verify in the approval e-mail if it is, or please provide us with updated information. Thank you!!**

**From:** LVRJ Legals <legals@reviewjournal.com>
**Sent:** Wednesday, September 9, 2026 2:11 PM
**To:** Chille DeCastro <chille@situationcreator.com>
**Cc:** Michael Mee <attorneymichaelmee@gmail.com>
**Subject:** Re: Legal Service by Publication

Card payment - 31986

Detail

| | |
|---|---|
| Transaction ID | 128039565 |
| Authorization code | 190472 |
| Receipt | 47725 |
| Office | Las Vegas Review-Journal, Inc. |
| Collector | Tyra Abrams |
| Customer | CHILLIE DECASTRO |
| Date created | 9/9/2026 2:07 PM |
| Payment date | 9/9/2026 2:07 PM |
| Amount | 100.00 $ |
| Amount confirmed | 100.00 $ |
| Pay. provider | Edgil PayWay |
| Card ending | 7496 |
| Card type | Visa |
| Expiration date | January 2030 |
| Type | Direct payment |
| Status | Completed |
| Contact info | CHILLIE DECASTRO<br>**Phone:** 702-308-6363<br><br>**Address:**<br>STE 314<br>400 S 4TH ST<br>LAS VEGAS 89101<br>USA NV |

Hello,

This ad is all set for September 11, 18, 25, and October 2nd . Please see the attached receipt.

Thank you,

**Tyra Abrams**
**Legal Advertising Sales**
**Las Vegas Review-Journal & more**
1111 W. Bonanza Rd., Las Vegas, NV 89106
**Direct:** 702-383-0320
**email:** legals@reviewjournal.com

LAS VEGAS REVIEW-JOURNAL

---

**From:** LVRJ Legals <legals@reviewjournal.com>
**Sent:** Tuesday, July 7, 2026 2:40 PM
**To:** Chille DeCastro <chille@situationcreator.com>
**Cc:** Michael Mee <attorneymichaelmee@gmail.com>
**Subject:** Re: Legal Service by Publication

Hello,

Please find the attached proof for the summons set to run July 9, 16, 23, 30, 2026. Please reply with approval and payment of $100 prior to July 8th at 1:30pm. In order to pay please call us at 702-383-0320 referencing order #357466.

Thank you,

Tyra Abrams
**Legal Advertising Sales**
**Las Vegas Review-Journal & more**
1111 W. Bonanza Rd., Las Vegas, NV 89106
**Direct:** 702-383-0320
**email:** legals@reviewjournal.com

---

**From:** Chille DeCastro <chille@situationcreator.com>
**Sent:** Tuesday, July 7, 2026 1:59 PM
**To:** LVRJ Legals <legals@reviewjournal.com>
**Cc:** Michael Mee <attorneymichaelmee@gmail.com>
**Subject:** Re: Legal Service by Publication

310.963.2445 -- and --- 702.308.6363
Liberator Office
c/o Michael Mee
400 S 4th
St Ste 314,

Las Vegas, NV 89101

On Tue, Jul 7, 2026 at 12:17 PM LVRJ Legals <legals@reviewjournal.com> wrote:

Hello,

In order to continue, we will need a valid phone number and address to build your summons under.

Thank you,

Tyra Abrams
**Legal Advertising Sales**
**Las Vegas Review-Journal & more**
1111 W. Bonanza Rd., Las Vegas, NV 89106
**Direct:** 702-383-0320
**email:** legals@reviewjournal.com

---

**From:** Michael Mee <attorneymichaelmee@gmail.com>
**Sent:** Tuesday, July 7, 2026 11:23 AM
**To:** LVRJ Legals <legals@reviewjournal.com>; Chille DeCastro <chille@situationcreator.com>
**Subject:** Re: Legal Service by Publication

Good morning:

Myself and my client Jose Decastro called earlier and spoke with your office over the phone. We are attempting to submit the following matter for service by publication. Per our discussion, the Summons, Complaint, and Order Granting Service by Publication are attached. Additionally, we have attached language for the Notice. However, if this is incorrect and your office either only prints the summon itself without our language, or if anything else is needed, please let me know.

Finally please let us know the cost and the manner of payment. I have cc'd Mr. DeCastro on this email, please include him on any response.

Thank you for your help,

- Michael Mee
#13726

On Tue, Jul 7, 2026 at 9:41 AM Michael Mee <attorneymichaelmee@gmail.com> wrote:

Good morning:

I have a client that will need to make service by publication. Is there information you can provide as to how to submit that for publication, and when that would have to be submitted to ensure publication by no later than this Friday 7/10?

Thank you very much for your assistance,

- Michael Mee