Jose DeCastro
5350 Wilshire Blvd., P.O. Box 36143
Los Angeles, CA 90036
(310) 963-2445
chille@situationcreator.com
Plaintiff, Pro Se

FILED
ENTERED
OCT 15 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOSE DECASTRO,

Plaintiff,

v.

CLARK COUNTY, NEVADA, et al.,

Defendants.

Case No. 2:25-cv-00899-APG-BNW

PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE ON DEFENDANTS ANN ZIMMERMAN AND MICHELLE LEAVITT; DECLARATION OF JOSE DECASTRO

(Fed. R. Civ. P. 4(e)(1) and 4(l); ECF Nos. 34 and 40)

Date of document: October 13, 2026

NOTICE

Plaintiff Jose DeCastro, appearing pro se, gives notice that service of the summons and First Amended Complaint (ECF No. 7) has been completed on Defendants Ann Zimmerman and Michelle Leavitt by the methods the Court authorized in its Order of June 8, 2026 (ECF No. 34), and within the October 16, 2026 deadline set by the Court's Minute Order of October 9, 2026 (ECF No. 40).

As to Defendant Ann Zimmerman, the summons was published in the Las Vegas Review-Journal on September 11, September 18, September 25, and October 2, 2026, and a copy of the summons and First Amended Complaint was sent by certified mail to her last known address. Under ECF No. 34, service by publication was complete four weeks after the first publication, on October 9, 2026.

As to Defendant Michelle Leavitt, the summons, the First Amended Complaint, and ECF No. 34 were sent by electronic mail to mlfjudge@apl.com on September 9, 2026, as the Court

directed, and a copy of the summons and First Amended Complaint was sent by certified mail to her last known address.

This Notice is supported by the Declaration of Jose DeCastro below and by Exhibits A through C. Plaintiff files it in keeping with his representation in ECF No. 39 that he would file the affidavit of publication, together with a declaration documenting the electronic mail and certified mail service, within three court days after receiving the affidavit.

Dated: October 13, 2026

/s/ Jose DeCastro
Jose DeCastro, Plaintiff, Pro Se