# DECLARATION OF JOSE DECASTRO

I, Jose DeCastro, declare as follows:

1. I am the Plaintiff in this action and appear pro se. I have personal knowledge of the facts stated in this declaration and could testify to them if called.

2. On June 8, 2026, the Court entered its Order Granting in Part Plaintiff's Motion for Service by Publication and Alternative Service (ECF No. 34).

3. The summons directed to Defendant Ann Zimmerman was published in the Las Vegas Review-Journal, a daily newspaper published and circulated in Clark County, Nevada, on September 11, September 18, September 25, and October 2, 2026, under order number 360958.

4. The Las Vegas Review-Journal issued an Affidavit of Publication signed by its legal clerk, Leslie McCormick, and sworn before a notary public on October 2, 2026. I received the affidavit on October 13, 2026. A true and correct copy of the Affidavit of Publication is attached as Exhibit A.

5. On September 9, 2026, at 4:12 p.m., I sent an electronic mail message from chille@situationcreator.com to Defendant Michelle Leavitt at mlfjudge@apl.com, informing her that she was being served with process in this action. Attached to that message were the summons issued as to Michelle Leavitt, the First Amended Complaint (ECF No. 7), and ECF No. 34. A true and correct copy of that message, showing its attachments, is attached as Exhibit B.

6. On September 9, 2026, I caused a copy of the summons and First Amended Complaint to be sent by certified mail to the last known address of Defendant Ann Zimmerman, 11865 Albissola Avenue, Las Vegas, Nevada 89138, and to the last known address of Defendant Michelle Leavitt, 11280 Granite Ridge Drive, Unit 1042, Las Vegas, Nevada 89135. True and correct copies of the certified mail receipts are attached as Exhibit C.

7. Each of these steps followed the methods of service authorized in ECF No. 34, and each was completed on or before October 9, 2026, within the October 16, 2026 deadline set by ECF No. 40.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 13, 2026, at Los Angeles, California.

/s/ Jose DeCastro
Jose DeCastro, Plaintiff, Pro Se