CERTIFICATE OF SERVICE

I certify that on October 13, 2026, I served a true and correct copy of the foregoing Plaintiff's Notice of Filing Proof of Service on Defendants Ann Zimmerman and Michelle Leavitt, together with the Declaration of Jose DeCastro, on counsel of record by depositing it in the United States mail, first class postage prepaid, addressed as follows:

Olivia C. Denue
Scott Davis
Clark County District Attorney, Civil Division
500 South Grand Central Pkwy.
Las Vegas, NV 89155-2215
Attorneys for Defendants Clark County and Agnes Botelho

Defendants Zimmerman and Leavitt have not appeared, and no counsel has appeared on their behalf.

Dated: October 13, 2026

/s/ Jose DeCastro
Jose DeCastro, Plaintiff, Pro Se