# INDEX OF EXHIBITS

Exhibit A Las Vegas Review-Journal Affidavit of Publication, sworn October 2, 2026

Exhibit B Electronic mail to Defendant Michelle Leavitt at mlfjudge@apl.com, September 9, 2026, 4:12 p.m., with attachments listed

Exhibit C Certified mail receipts for the summons and First Amended Complaint sent to Defendants Ann Zimmerman and Michelle Leavitt