# EXHIBIT A

LAS VEGAS REVIEW-JOURNAL

Las Vegas Review-Journal
1111 W. Bonanza Road
Las Vegas, NV 89106

AFFIDAVIT OF PUBLICATION

STATE OF NEVADA)
COUNTY OF CLARK) SS:

MICHEAL MEE
STE 314
400 S 4TH ST
LAS VEGAS NV 89101

Account # 121289
Order ID 360958

Leslie McCormick, being 1st duty sworn, deposes and says: That she is the Legal Clerk for the Las Vegas Review-Journal, daily newspaper regularly issued, published and circulated in the Clark County, Las Vegas, Nevada and that the advertisement, a true copy attached for, was continuously published in said Las Vegas Review-Journal, in 4 edition(s) of said newspaper issued from 09/11/2026 to 10/02/2026, on the following day(s):

09/11/2026, 09/18/2026, 09/25/2026, 10/02/2026

*Leslie McCormick*

LEGAL ADVERTISEMENT REPRESENTATIVE

Subscribed and sworn to before me on this October 2, 2026

Notary *Linda Espinoza*

LINDA ESPINOZA
Notary Public, State of Nevada
My Appointment No. 24-9178-01
Expires: July 14, 2028

UNITED STATES DISTRICT COURT
for the District of Nevada
CASE NO: 2: 25-cv-00899-APG-BNW
DeCastro, Plaintiff
v.
Zimmerman, Defendant.
SUMMONS IN A CIVIL ACTION
TO: Ann Zimmerman
A law suit has been filed against you: Within 21 days after service of this summons on you (not counting the day you received it)- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)-you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 ofthe Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are: If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.
Date: 5/21/2025
CLERK OF COURT
PUB: Sept. 11, 18, 25, Oct. 2, 2026 LV Review-Journal