# EXHIBIT B

Gmail **Chille DeCastro <chille@situationcreator.com>**

## re: Notice of Service: DeCastro v. Clark County, Case No. 2:25-cv-00899-APG-BNW

1 message

**Chille DeCastro** <chille@situationcreator.com> Wed, Sep 9, 2026 at 4:12 PM
To: mlfjudge@apl.com

Subject: Service of Summons and First Amended Complaint — DeCastro v. Clark County, Case No. 2:25-cv-00899-APG-BNW

Judge Michelle Leavitt,

You are being served with process in the matter of Jose M. DeCastro v. Clark County, Nevada, et al., Case No. 2:25-cv-00899-APG-BNW, pending in the United States District Court for the District of Nevada.

On June 8, 2026, the Court entered an Order (ECF No. 34) directing that service upon you be attempted by electronic mail at this address, pursuant to Federal Rule of Civil Procedure 4(e)(1) and Nevada Rule of Civil Procedure 4.4(b).

Attached to this message are:

1. Summons issued as to Michelle Leavitt
2. First Amended Complaint (ECF No. 7)
3. Order Granting in Part Plaintiff's Motion for Service by Publication and Alternative Service (ECF No. 34)

A copy of the Summons and First Amended Complaint is also being sent to you by certified mail as directed by the same Order.

Jose M. DeCastro
Plaintiff, Pro Se
5350 Wilshire Blvd., P.O. Box 36143
Los Angeles, CA 90036
(310) 963-2445
chille@situationcreator.com

**3 attachments**

**DeCastro v Clark County-007-Amended Complaint.pdf**
445K

**DeCastro v Clark County-034-Order On [32] Plaintiffs Motion For Service By Publication.pdf**
224K

**Summons_Leavitt.pdf**
63K