# EXHIBIT C

9589 0710 5270 4632 0119 67

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Las Vegas, NV 89135

OFFICIAL USE

Certified Mail Fee $5.55

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $8.40

USPS MIRACLE MILE
LOS ANGELES CA 90036
SEP 9 2026

Postmark Here

09/09/2026

Sent To: Michelle Leavitt
Street: 11280 Granite Ridge Dr.
Unit 1042
City, State: Las Vegas, NV 89135

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 4632 0119 74

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Las Vegas, NV 89138

OFFICIAL USE

Certified Mail Fee $5.55

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $2.85

Total Postage and Fees $8.40

USPS MIRACLE MILE FINANCE
LOS ANGELES CA 90036
SEP - 9 2026

Postmark Here

09/09/2026

Sent To: Ann Zimmerman
Street: 11865 Albissola Ave
City, State: Las Vegas, NV 89138

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

ORITY
AIL
RESS®

UNITED STATES POSTAL SERVICE. Retail

E

US POSTAGE PAID
$38.25
Origin: 90036
10/13/26
05460 10036-67

PRIORITY MAIL EXPRESS®

OSE DECASTRO
PO BOX 36143
LOS ANGELES CA 90036-0143
(310) 963-2445

0 Lb 3.20 Oz
RDC 07

SCHEDULED DELIVERY DAY: 10/15/26 06:00 PM

SHIP TO:

C075

LLOYD D GEORGE US CRT HSE
CLRK OF CRT US DIST CRT DIST OF NV
STE 1334
333 LAS VEGAS BLVD S
LAS VEGAS NV 89101-7069

USPS TRACKING® #

9570 1138 0723 6288 2022 51

ATIONAL USE
HERE

or domestic

of insurance

/DPO and

ils regarding

ABEL MAY BE REQUIRED.

ATE
OPE
NY WEIGHT

Package Pickup,
QR code

/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.