**INDEX OF EXHIBITS**

Exhibit 1: Proposed Second Amended Complaint, with SAC Exhibits A through E.

Exhibit 2: Declaration of Jose M. DeCastro in Support of Motion to Extend Time and Motion for Leave to File Second Amended Complaint.