# EXHIBIT 2

**Declaration of Jose M. DeCastro**

**DeCastro v. Clark County, No. 2:25-cv-00899-APG-BNW**

Jose M. DeCastro
5350 Wilshire Blvd
PO Box 36143
Los Angeles, CA 90036
(310) 963-2445
Email: chille@situationcreator.com
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOSE M. DECASTRO,
Plaintiff,
vs.
CLARK COUNTY, NEVADA, et al.,
Defendants.

Case No. 2:25-cv-00899-APG-BNW

**DECLARATION OF JOSE M. DECASTRO IN SUPPORT OF MOTION TO EXTEND TIME AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

I, Jose M. DeCastro, declare as follows:

1. I am the Plaintiff in this action. I am over eighteen years of age and have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently to them.

2. I am not a lawyer and have never attended law school. I represent myself in this case. I work full time as a journalist, and I publish videos on my YouTube channel, Delete Lawz.

3. I did not file a second amended complaint by the October 21, 2026 deadline set in the Court's Order of September 28, 2026 (ECF No. 38).

4. I understood that ECF No. 38 granted leave to amend only as to the Monell claims against Clark County.

5. I believed that I should file one complete amended pleading, and that I could not file it until the judicial defendants, Judges Ann E. Zimmerman and Michelle Leavitt, had been served and had responded. Serving them took a long effort, including retaining a licensed private investigator, PL&E Investigations, in April 2026, and publication in the Las

Vegas Review-Journal. I filed proof of service in October 2026 (ECF No. 41). Judge Zimmerman moved to dismiss on October 29, 2026 (ECF No. 44).

6. That belief was mistaken. I held it honestly, and I did not delay in order to gain any advantage.

7. During the same weeks, I was working with my counsel on the opening brief in DeCastro v. Las Vegas Metropolitan Police Department, No. 26-1594 (9th Cir.), the appeal from No. 2:23-cv-00580-APG-EJY in this Court. The brief is due November 27, 2026, and it has required a substantial amount of my own time and effort.

8. After Judge Zimmerman moved to dismiss, I understood that the sufficiency of my pleading would be decided now. I then prepared the proposed Second Amended Complaint and these motions as promptly as I could, and I am filing them on the same day as my opposition to ECF No. 44.

9. Had I understood that I could file a second amended complaint before the judicial defendants responded, I would have filed it on time.

10. On March 19, 2024, I entered the Regional Justice Center through the public entrance and passed through the building's security screening. In the Department 8 courtroom, Judge Zimmerman ordered me by name to empty all of my pockets, and then my suit jacket and pants pockets, and my phones were taken. I objected on the record that the order was illegal and violated my Fourth Amendment rights. I complied only because a judge had ordered it with marshals present. I did not see anyone else in the gallery ordered to empty their pockets.

11. On March 15, 2023, when Officer Branden Bourque ordered me to back up, I backed up, and when he ordered me to stop speaking to the driver, I stopped.

12. SAC Exhibits A through E attached to the proposed Second Amended Complaint are true and correct copies, or true and correct excerpts, of documents filed or entered in Eighth Judicial District Court Case No. C-24-381730-A, which I obtained from that court's records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16, 2026, at Los Angeles, California.



Jose M. DeCastro
Plaintiff, Pro Se