**INDEX OF EXHIBITS**

Exhibit 1: Declaration of Jose M. DeCastro in Support of Motion to Extend Time and Motion for Leave to File Second Amended Complaint.