# EXHIBIT 1

**Declaration of Jose M. DeCastro**

**DeCastro v. Clark County, No. 2:25-cv-00899-APG-BNW**

Jose M. DeCastro
5350 Wilshire Blvd
PO Box 36143
Los Angeles, CA 90036
(310) 963-2445
Email: chille@situationcreator.com
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOSE M. DECASTRO,
Plaintiff,
vs.
CLARK COUNTY, NEVADA, et al.,
Defendants.

Case No. 2:25-cv-00899-APG-BNW

**DECLARATION OF JOSE M. DECASTRO IN SUPPORT OF MOTION TO EXTEND TIME AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

I, Jose M. DeCastro, declare as follows:

1. I am the Plaintiff in this action. I am over eighteen years of age and have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently to them.

2. I am not a lawyer and have never attended law school. I represent myself in this case. I work full time as a journalist, and I publish videos on my YouTube channel, Delete Lawz.

3. I did not file a second amended complaint by the October 21, 2026 deadline set in the Court's Order of September 28, 2026 (ECF No. 38).

4. I understood that ECF No. 38 granted leave to amend only as to the Monell claims against Clark County.

5. I believed that I should file one complete amended pleading, and that I could not file it until the judicial defendants, Judges Ann E. Zimmerman and Michelle Leavitt, had been served and had responded. Serving them took a long effort, including retaining a licensed private investigator, PL&E Investigations, in April 2026, and publication in the Las

Vegas Review-Journal. I filed proof of service in October 2026 (ECF No. 41). Judge Zimmerman moved to dismiss on October 29, 2026 (ECF No. 44).

6. That belief was mistaken. I held it honestly, and I did not delay in order to gain any advantage.

7. During the same weeks, I was working with my counsel on the opening brief in DeCastro v. Las Vegas Metropolitan Police Department, No. 26-1594 (9th Cir.), the appeal from No. 2:23-cv-00580-APG-EJY in this Court. The brief is due November 27, 2026, and it has required a substantial amount of my own time and effort.

8. After Judge Zimmerman moved to dismiss, I understood that the sufficiency of my pleading would be decided now. I then prepared the proposed Second Amended Complaint and these motions as promptly as I could, and I am filing them on the same day as my opposition to ECF No. 44.

9. Had I understood that I could file a second amended complaint before the judicial defendants responded, I would have filed it on time.

10. On March 19, 2024, I entered the Regional Justice Center through the public entrance and passed through the building's security screening. In the Department 8 courtroom, Judge Zimmerman ordered me by name to empty all of my pockets, and then my suit jacket and pants pockets, and my phones were taken. I objected on the record that the order was illegal and violated my Fourth Amendment rights. I complied only because a judge had ordered it with marshals present. I did not see anyone else in the gallery ordered to empty their pockets.

11. On March 15, 2023, when Officer Branden Bourque ordered me to back up, I backed up, and when he ordered me to stop speaking to the driver, I stopped.

12. SAC Exhibits A through E attached to the proposed Second Amended Complaint are true and correct copies, or true and correct excerpts, of documents filed or entered in Eighth Judicial District Court Case No. C-24-381730-A, which I obtained from that court's records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16, 2026, at Los Angeles, California.

______________________________
Jose M. DeCastro
Plaintiff, Pro Se