## INDEX OF EXHIBITS

Exhibit 1: Certified Reporter's Transcript of Proceedings, State v. DeCastro, Las Vegas Justice Court Case No. 23CR013015, March 19, 2024 (filed April 22, 2024 in Eighth Judicial District Court Case No. C-24-381730-A)

Exhibit 2: Certified Reporter's Transcript of Proceedings, State v. DeCastro, Las Vegas Justice Court Case No. 23CR013015, April 1, 2024 (filed April 22, 2024 in Case No. C-24-381730-A)

Exhibit 3: Order Granting Appeal, DeCastro v. State, Eighth Judicial District Court Case No. C-24-381730-A (July 19, 2024)